# EXHIBIT 1

**Exhibit 1  Interviews and Conferences**

## Interviews

**JFGariépy interviews physicist Bill Gaede**
**JFGariepy (Canada) 2018**
https://www.youtube.com/watch?v=zg-_WLonI8A

**Yanbar Podcast Intro to the ROPE HYPOTHESIS**
**Yanbar (NewYork) 2018**
https://www.youtube.com/watch?v=Pj4iSmFyhFg

**The Rope Hypothesis on trial**
**JFGariepy (Canada) 2019**
https://www.youtube.com/watch?v=jUpBgs9H4sM

**Physics and the Rope Model of Light and Gravity**
**Dwayne Davies (New Zealand) 2019**
https://www.youtube.com/watch?v=qhvn3tuhLtI

**JFG's The Public Space: Bill Gaede and What is space?**
**JFGariepy (Canada) 2020**
https://www.youtube.com/watch?v=_WJE7byPugw

# Conferences

**Bill Gaede in China: The Rope Hypothesis**
**ICPST (China) 2010**
https://www.youtube.com/watch?v=FVUy_idrw90

**What is Physics?**
**Austria 2014**
https://www.youtube.com/watch?v=ASN6zN00JuQ

**Bill Gaede - What is Time?**
**Austria 2014**
https://www.youtube.com/watch?v=tI9lijgxjgY

**Fuckin' magnets, how do they work?**
**Scotland in 2015**
https://www.youtube.com/watch?v=Pq9wDVFaJYo

**What is a Physical Interpretation?**
**Argentina 2018**
https://www.youtube.com/watch?v=w7yl8kk4_M8

**The physical interpretation of the Slit Experiment**
**Argentina 2018**
https://www.youtube.com/watch?v=pWe5ZiVdQaA

# EXHIBIT 2

# Exhibit 2  Copyrights

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**SHORT FORM TX**

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

Registration Number

**TXu 886-847**

TX          (TXu)

Effective Date of Registration

Jan    04    1999
Month    Day    Year

Application Received
JAN 04 1999

Deposit Received
One JAN 04 1999    Two

Fee Received

Examined By
WMD

Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| Title of This Work: | **1** | WHY GOD DOESN'T EXIST |
| Alternative title or title of larger work in which this work was published: | | |
| Name and Address of Author/Owner of the Copyright: | **2** | BILL GAEDE<br>2042 W. PORTOBELLO<br>MESA, ARIZONA  85202 |
| Nationality or domicile: | | |
| Phone and Fax numbers: | | Phone ( 602 ) 838-4511    Fax ( 602 ) 838-4511 |
| Year of Creation: | **3** | 1998 |
| If work has been published, Date and Nation of Publication: | **4** | a. Date _____ (Month) ____ (Day) ____ (Year)  (Month, day, and year all required)<br>b. Nation |
| Type of Authorship in This Work:<br>(Check all that apply) | **5** | ☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☒ Illustrations / Photographs<br>☐ Compilation of terms or data |
| Signature of Author: | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.*  ☞ |
| Name and Address of Person to Contact for Rights and Permissions:<br>Phone and Fax numbers:<br>E-mail address: | **7** | ☒ Check here if same as #2 above<br>Phone (    )    Fax (    )<br>E-mail |

**8** MAIL CERTIFICATE TO

Name ▼

Certificate will be mailed in window envelope

Number

City/State

**9** PERMISSION TO REPRODUCE FOR BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS
a ☐ Copies and Phonorecords
b ☐ Copies only
c ☐ Phonorecords Only

**10** Deposit Account # _____
Name _____

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1995—100,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/20,018

**Bowker ISBN Identifiers for Bill Gaede (ViNi)**

**The Rope Hypothesis**





# EXHIBIT 3

**Exhibit 3  Insider Article**

# We're a couple who was furloughed from our jobs, so we're using the time in self-isolation to turn our passion project into a viable business — here's how we're making it happen

By
Anastasia Bendebury and Michael Shilo DeLay
Business Insider

INSIDER

**We're a couple who was furloughed from our jobs, so we're using the time in self-isolation to turn our passion project into a viable business — here's how we're making it happen**

Anastasia Bendebury and Michael Shilo DeLay    Apr 16, 2020, 4:37 PM



**Anastasia Bendebury and Michael Shilo DeLay.**  Anastasia Bendebury and Michael Shilo DeLay

In early March when Italy issued its stay-at-home order, we were still at work. Michael was teaching high school physics, and Nastia was guiding science and wine tours in the Pacific Northwest. After work, we dreamed together about ways to help people develop a stronger relationship with science.

On March 23, Oregon governor Kate Brown issued an executive order that shut down all non-essential businesses in order to mitigate the spread of the coronavirus pandemic. Schools shut down, tours were canceled, and state forests closed. Overnight, we found ourselves on furlough, with ample time to make some serious progress on our goals.

A few weeks before Governor Brown issued the Oregon stay-at-home order, we'd launched our website, demystifyingscience.com. The initial goal was to use it to showcase our ideas — a sort of long-form resume for getting hired to write about science. However, we quickly realized that we wanted it to be something much bigger. We wanted to create a media company that would help people make sense of the world by clarifying confusing science.

We put our heads together and came up with strategies for getting published — and getting paid. Flush with time, each of us wrote several new articles a week, and spent our free time promoting them on places like Facebook, Reddit, and Twitter. It worked — in the first month, 17,000 people read our work.

The aliens.Anastasia Bendebury and Michael Shilo DeLay

In an effort to produce more widely accessible content, we started a YouTube show about two aliens on a mission to help earthlings escape from the chaos of misunderstanding. The launch of the channel coincided with the publication of our first commissioned piece, an article for Nautilus Magazine about the mechanisms of COVID-19 infection.

Here's our advice for quarantined couples looking to hatch their own projects while cooped up at home:

### *Find a project that fits both of your interests and skill sets*

We knew we wanted to work together on something, but we also knew that we're very different people. We have diverging ideas about science, art, technology, cats — just about anything it's possible to have an opinion on.

To figure out something that would interest both of us, we talked to a lot of people that had started their own businesses. Immediately, it became clear that whatever we chose would require us to work harder for ourselves than we had ever worked for anyone else. It took a lot of honest conversations to find a project to which we were both willing to devote so much time.

After sifting through everything from starting an outdoor science charter school to building a climbing gym, we realized that there was only one very useful pursuit on which we were already spending most of our free time: clarifying confusing science.

### Figure out what you're willing to give up

We'd both worked as laboratory scientists at top universities across the country for more than a decade, been published in academic journals, and completed PhDs at Columbia. Everyone expected that we would either get jobs in the biotech industry, consulting, or academia. Instead, we chose to teach and guide, taking huge pay cuts in order to open up time for our independent projects.

Our low-income jobs were a carefully calculated move that we made well before the COVID-19 pandemic. We made less than $40,000 a year between the two of us, but gained the time necessary to figure out what we wanted to offer the world. Nastia studied illustration, wrote a novel, and honed her ability to speak to all kinds of people — whatever their background. Michael drew on his mathematical background in biophysics to begin rendering visualizations of light, gravity, and electromagnetism using a 3D animation software.

The year leading up to the stay-at-home order was one of the most productive ones on record, but our financial situation meant we had to sacrifice a lot to stay afloat. We cooked all our meals at home, didn't drink alcohol, and only bought things that we *really* needed: groceries, gas, and equipment for the website or the puppet show. When we got together with friends, we did things that didn't cost much — an evening spent playing music in the park or a day on the coast foraging for mushrooms.

Now that we're on furlough, we're reaping the benefits of having downsized our spending to little more than rent, groceries, and gas. Living like this isn't for everyone — it feels good to be able to spend money freely — but it does provide a lot of time for producing something for yourself rather than for someone else.

If you find yourself feeling like the time and energy you're devoting to your job is keeping you from working on the projects you're dreaming about, consider what you can do without. Being on furlough is a great time to have this conversation — and will give you a reason to make long-term changes for when things get back to normal.

## *Find people who need your work*

It was really gratifying to see that people loved our scientific explanations — 17,000 people came to read about them in the first month and we received hundreds of likes and shares on social media — but the furlough put us under a lot of pressure to figure out how we could monetize our ability to explain. Though we'd been honing our skills for months, we hadn't made a single red cent off the website.

We studied common online business strategies — affiliate links, online courses, selling stuff — but they didn't align with how we wanted to present ourselves to the world, or with our minimalist values. It seemed hypocritical to buy as little as possible ourselves, but to structure our money-making strategy on getting other people to buy things.

Instead, we imagined a business-to-business strategy, where Demystifying Science sold the service of scientific explanation to publications and other organizations that needed to provide their customers with high-quality content.

To find clients, we harvested the ideas we'd already written about for our website and put together pitches for our favorites — we each have three to four going at any given time. We compiled a list of publications that we wanted to work with, including ones that were long-term goals like National Geographic, Scientific American, and Wired magazine.

In each pitch, we lead with a few sentences about our qualifications. The next section of the pitch is a bullet-point list of the most interesting ideas in the article. The final section lists the people that we would interview if the pitch was purchased.

There's been a lot of outright rejection, and even more absolutely silent rejection. But in the first two weeks, we're on track to cover our rent.

## *Learn to wrestle*

Good ideas are only about 5% of the challenge — the rest is figuring out how to be effective. It turns out that it can be hard to be effective with a romantic partner, since it requires the ability to have difficult conversations without attempting to destroy each other.

Before the pandemic, we could leave the house, go to the gym, find some way to cool off when it got too intense. Now that we're under the same roof all the time, it's become more urgent than ever to criticize each other without attacking the person underneath.

Building a business together requires a lot of difficult, very honest conversations. If an idea is no good, then it's got to go. When someone misspeaks, it's got to be clarified. When someone makes a mistake, it needs to be corrected.

4

It's necessary to rearrange expectations, to believe in the fact that your partner has good intentions, even if they've said or done something that seems alien and weird to you. It creates a safe space for conversations, especially those where ideas are still in the process of being formed. You've got to learn to patiently ask questions of your partner until you find the kernel of truth in what they're saying, even if they're still incapable of saying it directly.

This doesn't mean you will always agree strategically, but it does mean you can find common ground without resorting to the resentful, "Let's agree to disagree."

### *Take the cold shower*

Advancements in remote work means we can spend our furlough developing a truly global community of "demystifyers," so that we can be even more effective when the machine kicks back into gear. We're looking for people that are interested in getting involved, who want to help create a more robust relationship between humans and nature.

We envision Demystifying Science as a big team, a media company that helps its audience come to reliable conclusions about the world. It's an ambitious vision, one that will take years to achieve. But there's no other way of getting there except by going all in.

Whatever you and your partner are dreaming about, now's the time to do it. The pandemic has stripped away all excuses. Stay at home orders will be lifted, the hospitals will empty, the stores will open again. The world will keep going.

Will you be ready to go when it spools back up again?

*Anastasia Bendebury studied the role of electricity in bacterial communication during her PhD at Columbia University. She's also studied infectious disease, aging, and reproductive medicine at UCSD, UCSF, and Albert Einstein College of Medicine. Michael Shilo DeLay studied nanoscale mechanics during his PhD at Columbia University, after working on cell-signaling for nearly a decade at Yale, Ohio State, and UCSF. They're the creators of Demystifying Science, a science literacy organization devoted to providing clear, mechanistic explanations for natural phenomena.*

# EXHIBIT 4

# Exhibit 4  Conceding Plagiarism

**This exhibit includes excerpts from Facebook threads and e-mail where defendants Anastasia Bendebury and Michael Shilo DeLay concede the true origin of the intellectual material they posted in their professional Demystifying Science site blogs and Youtube channels and claimed as theirs.**

**Note: Defendants Anastasia Bendebury and Michael Shilo DeLay had already referenced the book *Why God Doesn't Exist* (WGDE) and Bill Gaede (plaintiff) in articles where they explain light, the atom, and electromagnetism. These articles were published on or about 2018-2019 at https://issuu.com/artofrationalscience.**

**The following page (page 2 of this exhibit) includes the relevant excerpts from one of these articles that clearly establishes the source of the plagiarized intellectual property and the attributions that the defendants made in 2018.**

# A physical mechanism for electricity, magnetism, and chemical bonding

Micky Callahan*

†The Art of Rational Science, Portland, Oregon, USA

ABSTRACT: The concepts of electricity and magnetism have long been considered two sides of the same conceptual coin. These concepts have been popularized as electric and magnetic "fields," which are defined as regions of interaction rather than as physical objects. However, a rational explanation for these phenomena has by-and-large eluded theorists. Herein, one possible explanation is advanced following from Fiber-Filament atomics where electricity is conceived as *in situ* frictional rotation of atoms aligned in a conductor. Magnetism follows naturally as lateral friction-locking or repulsion of fibrous atomic surfaces. The key to these mechanisms is a fibrous atom, whose shell surfaces are composed of directionally aligned fibers, accounting for descriptions in the literature of "orbitals" with "spin". Spin surfaces enmesh with the complementary surfaces of neighboring atoms either constructively or destructively. Thus, sub-atomic friction between fibrous whirls of atomic surfaces produces atomic repulsion, attraction, or electric conduction. Chemistry is explained as an extension of this frictional locking process. Dielectrics/semi-conductor mechanics are discussed briefly to underscore the importance of lattice alignment in the production of these phenomena.

details of ionization, where atomic shells are greatly expanded and thus allow for transmission of electricity across great distances.

## AUTHOR INFORMATION

Corresponding Author is Micky Callahan

* theartofrationalscience@gmail.com

Present Address
†The Art of Rational Science, 10643 NE Fremont st. #5, Portland, Oregon, USA.

Author Contributions

The manuscript was written and prepared solely by the corresponding author.

Funding Sources

No funding sources to declare.

## ACKNOWLEDGMENT

The author wishes to give special thanks to Quinn Garrow for helping develop the shapes of the complex nuclei presented herein. The author also wishes to acknowledge and deeply thank those whom provided countless hours of discussion including Quinn, Serge Kim, Daniel Ferguson, Muhammad Abdullah, Doug Lee and others at The Art of Rational Science forum presently hosted by Facebook: https://www.facebook.com/groups/theartofrationalscience/. The author wishes to acknowledge Bill Gaede for first identifying that the "electron" was a reification of electrical accounting and not sufficient cause for electric phenomena. Although Mr. Gaede's Rope Hypothesis contains significant problems for rational science, his initial reasoning concerning the physical nature of electricity, magnetism, and chemistry were of inestimable value in preparing this manuscript.

## KEYWORD DEFINITIONS

Object: That which has shape.

Shape: An effectively closed surface which forms a boundary to immediate surroundings.

Exist: Object with location and outward extension.

Physical: Pertaining to objects that exist.

Rational: Explanation following from non-circular, consistent, objective assumptions that does not commit the fallacy of reification.

Pressure- impossibility of two existent objects occupying the same location.

Lattice: The patterned orientation and localization of atoms within a homogenous material.

12   Dunningham, J. & Vedral, V. *Introductory quantum physics and relativity*. Second edition. edn, (World Scientific, 2018).
13   Mehra, J & Rechenberg, H. *The historical development of quantum theory*. (Springer-Verlag, 1982).
14   Andrews, D. L. & Bradshaw, D. S.   1 online resource (SPIE Press,, Bellingham, Washington, USA, 2018).
15   Gaede, B. *Why God Doesn't Exist*. (ViNi, 2008).

**Rational Scientific Method Facebook Group thread posted on April 13, 2021.**

**Comment is made by Micky Callahan (i.e., Michael Shilo DeLay) conceding the source of the intellectual material that he placed in his Demystifying Science blogs and Youtube videos.**



**Micky Callahan**

I am more than more than happy to credit Bill however he wishes for his ideas inspiring my atomic animations and blogs. I honestly didn't think he'd want to be associated with the mathematical/academic directions that I've moved into, following from those ideas. I deeply value his contribution to science and simply want to understand how to make better, optimally transparent content going forward.

Please, everyone, if rational science is going to triumph, we need to stand together.

I would love to speak with you **Bill Gaede** about how to make this possible.

 1

Like · **Reply** · 1h

**April 13, 2021 Facebook thread.**

**Micky Callahan (i.e., Michael Shilo DeLay) confesses to blocking plaintiff Bill Gaede on Facebook.**



**April 13, 2021 Facebook thread**

**Comment by Quinn Garrow (i.e., Anastasia Bendebury) conceding source of
intellectual property included in Demystifying Science blogs and Youtube videos.**



Quinn Garrow

**Bill Gaede**, obviously your ideas have been a huge
inspiration to what we're doing over at
Demystifying Science. I haven't posted here very
much - my interests lie beyond the atomic scale -
but the method has been an indispensable part of
my process for years.

At the academy, my work was about bacteria, the
electron transport chain, and how biofilms sensed
and responded to electrical changes that were a
result of carbon metabolism. I split my time
between a microbiology lab and an electrical
engineering lab, where all explanations got as far
as protons and electrons, and then waved
ambiguously in the direction of the physicists.
They've got the real science of it figured out, just
follow their lead.

When it came time to put my thesis together, my
advisor and I nearly came to blows. What is
happening in the electron transport chain? how can
the red-ox state of an iron-sulfur cluster change
behavior? Why does sodium behave differently
from potassium? What is happening at the
electrode? What's a proton? What's an electron?
What is physically happening???

5

**continued…**



**Quinn Garrow**

It was agony. This was around the same time that **Micky Callahan** stumbled on RSM, and he and I stayed up late nights working on ways to rationalize the wording of the electron transport chain. How could we talk about the mechanics of biology without committing reification, when that was the only language that was available?

Attempts to replace the word "electron" with the word "charge," in terms of rational motion that was happening in all of the proteins involved got nowhere. It was electron and proton or GTFO. I took the L, we got the hell out of dodge, and then realized - these ideas needed to be in the world. Sure, we had made it through... but what about everyone else that came after us? what about the people that would come across the ideas and just ignore them, because they hadn't been presented in a way that they could absorb?

**continued…**

 **Quinn Garrow**

We talked - a lot - about how to deal with crediting **Bill Gaede**'s ideas. The scientific papers **Micky Callahan** and I wrote had your name in the references. He's posted them here in the past (actually, probably in Monk's group?). Monkey wasn't receptive to the discussion, so we took it up at the Art of Rational Science, and went our separate ways. **Daniel Ferguson**, **Shamus Mc**, **Serge Kim** have all been in the fray over there. We've also invited you, **Bill Gaede**, over to the house many times but you've declined the invitation.

From the beginning, I've seen the wisdom in your ideas - but also encountered real difficulty in bringing them up with other people. Bossman and I aren't on speaking terms any more. When **Micky Callahan** attempted to talk to my siblings about it, there were loud arguments in crowded restaurants. Who are you to have these ideas? they would say. Or, What accepted thinker is feeding you these lines?

**continued…**



**Quinn Garrow**

Sending them to YouStupidRelativist was a shortcut to being summarily dismissed. I still remember bossman frantically googling "what is an electron," and coming to me the next day with great alarm about the sort of crowd I was keeping in my off time. There's all kinds of dangerous ideas on the internet, Nastia. How can you associate with them?

In all of this, there is always this... loose thread. No matter how glazed-over people's eyes were, it was possible to talk them though the method. To explain reification. To draw the line between mathematics and physics. After understanding, most reverted to the "who cares about this anyways" defense, but some were truly tickled.

The channel - and the blog posts - are an attempt to put these ideas down in a way that wouldn't trigger the mind's immune system to chuck everything out at once. Obviously, we should have credited you more obviously as the source of inspiration. But we had so many conversations about it - what's worse, Bill getting pissed at us, or no one ever hearing about these ideas, never realizing that the narratives of the high priests of physics were sorely incomplete?

We took the bet that it would be better to face you getting angry at some point, and here we are. We don't want to erase you from history. What can be done to make it right as we continue the work?

Like · Reply · 1h                        ❤ 1

**E-mail sent by Defendant Michael Shilo DeLay on April 15, 2021, conceding the source of the plagiarized material they placed in their Demystifying Science blogs and Youtube videos. (It is reproduced in larger font below.)**



**Please, please understand that I value the contributions you've made to science and desperately want to continue animating my own perspectives on the atom. Please understand that I genuinely didn't think you'd want to be associated with us, due to the mathematical/academic nature of our work, which is why I didn't reference how much you've inspired me. I'm sorry that I didn't credit you to your satisfaction and I want to do this to your standard going forward and with these pieces.**

**In order to clarify the issue at hand, we've put all the videos you've questioned in one place. You can find them here:**

**https://www.youtube.com/channel/UCiQZyl92mPzODKJyaVCwc_g/videos**

**Please consider speaking with me face to face before involving the State? I deeply wish to satisfy your needs and esteem without ceasing my work on educating folks about the physical nature of atom, altogether. Yours sincerely**

**E-mail sent by Defendants Anastasia Bendebury and Michael Shilo DeLay on April 30, 2021, conceding the source of the plagiarized material they placed in their Demystifying Science blogs and Youtube videos. (It is reproduced in larger font in the page that follows.)**

 Demystifying Science <media@demystifyingscience.com>
Sat 5/1/2021 5:49 AM
To: You

Dear Bill and Nila Gaede,

In the wake of your complaint, we have amended the following works

https://demystifyingscience.com/blog/2020/3/12/exist-vs-occur
https://demystifyingscience.com/blog/photon
https://demystifyingscience.com/blog/magnetism
https://demystifyingscience.com/blog/how-to-visualize-electricity

in order to more accurately reflect the conceptual roots of important ideas within. Your name appears in each post so that inquiring minds can pursue their curiosity with you as a guide.

The Youtube videos have been moved to a new location, Demystifying Atomics, where your work is duly credited in the "about" section:

> In the summer of 2017, while grad students at Columbia University, we taught physics at a high school summer camp. In trying to suss out the best ways to explain basic atomics to students **we came across the work of Bill Gaede, who had seemingly reawakened an insight that had been lost since the time of Huygens and Descartes: light and gravity absolutely require a physical mediator for comprehension.** For us, Gaede's proposed solution, the "rope hypothesis" had serious problems, but it did get us pointed in the right direction. After a couple years of developing our fibrous atom model, we began to animate our take on what the world at the atomic level might possibly look like. Enjoy!

Your name should have been there from the beginning, and we hope that giving due credit at this point is not too late to spare us from the bulldog. With your good grace, we will continue investigating and illustrating atomic phenomena. Our hope is to meet over a beer one day at a rational science conference and put this behind us, in the name of intellectual curiosity and shrugging off the blinders of consensus science.

Sincerely,

Nasty and Shilo

April 30, 2021

Reply    |    Forward

In the wake of your complaint, we have amended the following works

**https://demystifyingscience.com/blog/2020/3/12/exist-vs-occur**

**https://demystifyingscience.com/blog/photon**

**https://demystifyingscience.com/blog/magnetism**

**https://demystifyingscience.com/blog/how-to-visualize-electricity**

in order to more accurately reflect the conceptual roots of important ideas within. Your name appears in each post so that inquiring minds can pursue their curiosity with you as a guide.

The Youtube videos have been moved to a new location, Demystifying Atomics, where your work is duly credited in the "about" section:

In the summer of 2017, while grad students at Columbia University, we taught physics at a high school summer camp. In trying to suss out the best ways to explain basic atomics to students we came across the work of Bill Gaede, who had seemingly reawakened an insight that had been lost since the time of Huygens and Descartes: light and gravity absolutely require a physical mediator for comprehension. For us, Gaede's proposed solution, the "rope hypothesis" had serious problems, but it did get us pointed in the right direction. After a couple years of developing our fibrous atom model, we began to animate our take on what the world at the atomic level might possibly look like. Enjoy!

Your name should have been there from the beginning, and we hope that giving due credit at this point is not too late to spare us from the bulldog. With your good grace, we will continue investigating and illustrating atomic phenomena.

Our hope is to meet over a beer one day at a rational science conference and put this behind us, in the name of intellectual curiosity and shrugging off the blinders of consensus science.

11

**Youtube channel Demystifying Science created on April 15, 2021, stating the same as above.**



# EXHIBIT 5

# Exhibit 5  Affidavit Squarespace

**The text of this affidavit is reproduced with a larger font in the page that follows (page 2 of this exhibit) for ease of reading.**

---

[Support] Re: Plagiarism/Copyright Infringement Complaint

##- Please type your reply above this line -##

Your request (6495089) has been updated. To add additional comments, reply to this email.

**Rizzo** (Squarespace)

May 10, 2021, 1:55 PM EDT

Hi there,

This is a formal notification that we have received the copyright infringement counter-notification reproduced below. In accordance with our Copyright Policy (https://www.squarespace.com/copyright-policy/), unless you notify us that you have filed an action seeking a court order to restrain the subscriber from engaging in infringing activity relating to the material at issue within 10 business days, the material in question may be restored.

Thank you for your time.

---

The following is a counter-notice for the alleged infringement:

We, Biospinronics LLC are the lawful owners of www.demystifyingscience.com and the articles that have been erroneously removed are as follows:

1. https://demystifyingscience.com/blog/2020/3/12/exist-vs-occur
2. https://demystifyingscience.com/blog/photon
3. https://demystifyingscience.com/blog/2020/2/21/why-is-light-speed-limited
4. https://demystifyingscience.com/blog/how-to-visualize-electricity
5. https://demystifyingscience.com/blog/magnetism
6. https://demystifyingscience.com/blog/2020/2/25/what-causes-inertia
7. https://demystifyingscience.com/blog/2020/3/6/where-does-mass-come-from

Our name is Biospintronics LLC, and our address is 4048 NE 122nd PO Box 20693 Portland, OR 97294. Our telephone is (503) 893-5384

Our email address is biospintronics@gmail.com

We consent to the jurisdiction of Federal District Court for the judicial district in which our address is located and we will accept service of process from the person who provided the original notification or an agent of such person;

We swear, under penalty of perjury, that we have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled. We have carefully reviewed the articles in question and sincerely do not believe that we are in any violation of any copyrighted material by the claimant or anyone else whatsoever.

Signed,

Biospintronics LLC

4048 NE 122nd PO Box 20693

Portland, OR 97294.

(503) 893-5384

biospintronics@gmail.com

Rizzo

Trust & Safety

This is a formal notification that we have received the copyright infringement counter-notification reproduced below. In accordance with our Copyright Policy (https://www.squarespace.com/copyright-policy/), unless you notify us that you have filed an action seeking a court order to restrain the subscriber from engaging in infringing activity relating to the material at issue within 10 business days, the material in question may be restored.

Thank you for your time.

The following is a counter-notice for the alleged infringement:
We, Biospinronics LLC are the lawful owners of www.demystifyingscience.com and the articles that have been erroneously removed are as follows:

1. https://demystifyingscience.com/blog/2020/3/12/exist-vs-occur
2. https://demystifyingscience.com/blog/photon
3. https://demystifyingscience.com/blog/2020/2/21/why-is-light-speed-limited
4. https://demystifyingscience.com/blog/how-to-visualize-electricity
5. https://demystifyingscience.com/blog/magnetism
6. https://demystifyingscience.com/blog/2020/2/25/what-causes-inertia
7. https://demystifyingscience.com/blog/2020/3/6/where-does-mass-come-from

Our name is Biospintronics LLC, and our address is 4048 NE 122nd PO Box 20693 Portland, OR 97294. Our telephone is (503) 893-5384 Our email address is biospintronics@gmail.com

We consent to the jurisdiction of Federal District Court for the judicial district in which our address is located and we will accept service of process from the person who provided the original notification or an agent of such person;

We swear, under penalty of perjury, that we have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled. We have carefully reviewed the articles in question and sincerely do not believe that we are in any violation of any copyrighted material by the claimant or anyone else whatsoever.

Signed,

Biospintronics LLC
4048 NE 122nd PO Box 20693
Portland, OR 97294.
(503) 893-5384
biospintronics@gmail.com

2

# EXHIBIT 6

# Exhibit 6   Transcript of *Shape of a Photon?*

**Youtube restored the original video and it is now listed as private at:**

**https://www.youtube.com/watch?v=rSFaY1X6Fg4**

**Plaintiff uploaded this video as evidence for trial…**

**https://www.youtube.com/watch?v=IjwfO-cQ530**

**Highlighted in blue are the instances of plagiarized terms, phrases, and concepts.**

**Visualizing Light**

**Light…**

**It allows us to read, to see the faces of the people that we love. It even allows us to reach out and touch countless distant objects in a single moment.**

**And yet few of us possess a rational visualization of how light works to accomplish these feats.**

**This video aims to synthesize the known empirial behavior of light as thoroughly described by the theoretical framework of Quantum Mechanics into a rational visual explanation.**

**We hope to improve upon typical particle-wave depictions while preserving the topology of the established mathematical descriptions.**

**Light refers to electromagnetic radiation of any wavelength.**

**In this sense gamma rays, x-rays, microwaves, and radio waves are also light.**

**To visualize the concept of EM radiation, as with any atomic phenomenon, we start with the surface of the atom: the electron shell.**

**See our videos on electricity and magnetism to follow up on how these phenomena are actually two sides of the same coin.**

Experimentation suggests that 99.999 % of the electron exists within 430 picometers of the nucleus while the remainder extends indefinitely.

We illustrate the tiny thin 0.001 % of the electron as these radial filaments that extend outwards from the electron shell.

Physically, light is an exchange process that begins at one atom and ends at another.

We start our visualization with two hydrogens because they are the simplest of atoms, each having a single electron shell.

From Quantum we expect that there's a small probability that the extended electrons of each atom overlap.

We illustrate these overlapping electrons as entwined into a hypothetical helical structure.

We visualize the process of light mechanically by considering the photon as a deformation of this overlapping electron structure between atoms.

A photon is traditionally described as an impulse that results from the relaxation of an atom's electron from a higher energy state to a lower.

An electron may be excited due to electric stimulation or as the result of receiving photons from its neighbors.

We depict each electron shells as expanding and contracting.

This regular motion serves to signify the energy state or excitation level of the electron.

A fast breath rate indicates a high energy relative to a slow one.

Because the electron shells of these two atoms are entwined, the expansion of one shell pulls on its neighbor's shell to contract.

These two atoms have the same energy, so they display equivalent breath rates.

This means their e-shells are in perfect mechanical harmony.

There is darkness between the atoms though the entwined filaments stretched between them twist back and forth incessantly.

However, if only one atom's electron is suddenly excited to a higher energy state, their entwined filaments must deform to accommodate the excess torsional pressure.

The torsional propagation of this pressure constitutes the photon.

The photon equalizes the energy states of the electrons.

After the photons, the receiver atom's electron has a slightly higher energy and the emitter is slightly less.

Darknesss resumes between the atoms.

2

**Light is thus imagined as a discrete torsional deformation of the thin tails of atomic electron shells.**

**Note that the helical interlocking e-shells display a natural periodicity or wavelength which shortens as the filaments are wound tighter and tighter.**

**The interconnection can be thought to store elastic energy like a torsion spin, and this helps us visualize the relationship between wavelength and energy of the photon.**

**We hope this model of light serves you well.**

**Please share your ideas in the comments.**

**Subscribe and ring the bell to be the first to see the next installment in the series: Visualizing Gravity.**

**Thanks for watching!**

# EXHIBIT 7

## Exhibit 7   Transcript of *Electricity Begins with Atoms*

**Youtube restored the original video and it is now listed as private at:**

**https://www.youtube.com/watch?v=pi-kEpbxOlc**

**Plaintiff uploaded this video as evidence for trial…**

**https://www.youtube.com/watch?v=7PuyCijXQgA**

**Highlighted in blue are the instances of plagiarized terms, phrases, and concepts.**

**Visualizing Electricity**

**How can we imagine atoms physically interacting to produce voltage and current?**

**We start with the hydrogen because it is the simplest atom.**

**Hydrogen has one electron shell which acts as the surface of the atom.**

**The shape of this shell is loosely based on the radial distribution function of the electron.**

**The electron shell changes shape with excitation illustrated by a breathing motion.**

**These quantum jumps become important in future videos for light and photoelectricity.**

**99.999% of the electron exists within 430 picometers of the nucleus.**

**The remaining .001 % of the electron shell is illustrated with tiny radial filaments.**

**The surface of the electron has no limit on how far it can extend.**

**If we ignore the tails of the electron distribution and quantum jumping, we can use this model to visualize electricity.**

**Consider a basic DC circuit.**

**The circuit is composed of single file ionized hydrogens.**

**Each atom's electron shell is enmeshed, folded together with its neighbor.**

**What's going on at the charged terminals?**

**The negative terminal atoms rotate counter-clockwise.**

This rotation illustrates charge.

**The positive terminal rotates with the opposite charge: clockwise.**

 In this example, atoms at the positive terminal rotate slower than those at the negative terminal.

This illustrates the voltage difference between them.

When the terminals come into contact, the one with more momentum drives the one with less.

**The propagation of this impulse is current.**

Because **the electron shells of the atoms are in direct contact**, momentum transfers quickly: at near light speed.

Hence, current propagates much faster than drift velocity, the average speed of electrons.

It is important to recognize that this simplified circuit uses ionized hydrogens.

**The conducting metals and wires have more complex electron shells: also called orbitals.**

The metallic orbital shapes allow multipolar contacts with other atoms.

We hope this visualiztion improves upon electron bead flow and hydrodynamic analogies by using structural knowledge about the atom to imagine electricity.

Please share your ideas on how to improve the model further.

# EXHIBIT 8

# Exhibit 8   Transcript of *What's Inside a Magnetic Field?*

**Youtube restored the original video and it is now listed as private at:**

**https://www.youtube.com/watch?v=AU1ejXvWF0g**

**Plaintiff uploaded this video as evidence for trial…**

**https://www.youtube.com/watch?v=6msF1yLmBJM**

**Highlighted in blue are the instances of plagiarized terms, phrases, and concepts.**

**Magnetism Visualized**

**How can we imagine atoms physically interacting to produce magnetic attraction?**

**To begin our visualization, we must first review electricity in the atom.**

**We start with the hydrogen because it is the simplest atom.**

**Hydrogen has one electron shell which acts as the surface of the atom.**

**The shape of this shell is loosely based on the radial distribution function of the electron.**

**The electron shell changes shape with excitation state illustrated by breathing motion.**

**These quantum jumps become important in future videos for light and photoelectricity.**

**99.999% of the electron exists within 430 picometers of the nucleus.**

**The remaining .001 % of the electron shell is illustrated with tiny radial filaments.**

**The surface of the electron has no limit on how far it can extend.**

**If we ignore the tails of the electron distribution and quantum jumping, we can use this model to visualize a simple wire.**

**Consider a basic DC circuit.**

**The circuit is composed of single file ionized hydrogens.**

**At its poles the electron shell of each atom is folded into that of its neighbors.**

**Current is represented by pole to pole transmission of rotation between enmeshed electron shells.**

Watch our electricity video linked here for more details.

Here are two identical wires of single file ionized hydrogen.

**Their electron shells rotate clockwise and current is downwards, orthogonal to the motion of the shells.**

The surface rotation of the electron shells is responsible for the magnetic action of a current-carrying wire.

**If we reintroduce only the electron tails that emanate laterally from each wire, it becomes clear that the magnetic action extends radially.**

In this view we see that the rotating tails of the electron shells are in contact even though the wires themselves are separated.

The electron density decreases radially from the wire, and so attraction falls in inverse proportion to distance.

**The electron shells' lateral action is described by the magnetic field B.**

In these wires all atoms rotate in the same direction.

**This causes the electron shells to pull together magnetically.**

**Without the interacting tails it appears the wires attract magnetically without coming into contact.**

**When we visualize the distribution tails of the electron shells it becomes clear that the atoms are laterally enmeshed.**

This helps us see why the two wires' fields are said to combine.

For the remained of this video we will not include these small electron tails.

However, they are always present and serve to explain action at a distance.

What about magnetic repulsion?

Here are two wires whose electron shells rotate in opposite directions.

This means they have inverted directions of current.

It follows that lateral electron shell motion is also reversed.

In this case the wires' magnetic fields oppose one another.

If we force the wires into proximity, the opposing electron shells antagonize one other.

When we release the wires this oppositional clash between each column's electron shells drives them apart.

Now, let's fashion a simple magnet.

If we **coil up our single atom wire**, we create what is called a solenoid.

The solenoid is the most basic form of an electromagnet.

How does the shape of a solenoid result in cohesive magnetism?

Let's look at what the atoms are doing?

Here, **the electron shells rotate** into the screen.

The coiled wire forms a composite cylinder whose surfaces rotate cohesively.

The magnetic field B describes this cohesive lateral electron shell motion.

Overall the composite surface appears to flow out from one end and into the other.

As with the single wire, this motion is described by the magnetic field B.

The outlet and inlet of surface motion are called the poles of the electromagnet.

What's happening at the poles?

You can see that the solenoid surface flows into the south pole.

At the north pole the surface flow is opposite and outward.

How do electromagnets interact?

When the coils are stacked north to south, **the motion of atomic surfaces is aligned**.

**The aligned electron shells** synergize, and this combined surface **motion is reflected in a unified magnetic field.**

Now let's invert one of the coils.

When stack north-north or south-south, **the surface motion between the coils is oppositional.**

This leads to a **clashing of electron shells between the coils** and the magnetic fields do not combine.

If we release the coils, **the opposing motion of the electron shells pushes them apart.**

Remember: repulsion and attraction at a distance between magnets is possible because the electron shells of the atoms extend indefinitely.

This visualization of electromagnetism can also be extended to bar magnets.

The primary difference between a solenoid and a bar magnet is the absence of an electric current.

The bar magnets' metal atoms differ from these simple hydrogens in that their electron shells have multiple independent orbital surfaces.

In a bar magnet, unlike the solenoid, the atomic surfaces that participate in bonding and conduction are distinct from the ones that participate in magnetism.

3

**Magnetically relevant electron shells in a bar magnet are organized in a similar spiral pattern to the solenoid.**

**We are working towards an animation of complex magnetic metals for a future video.**

**In the meantime, please comment with ideas for improving the model.**

**Please like and subscribe to support more work like this!**

# EXHIBIT 9

## Exhibit 9  Originality / Creativity

**The Rope Hypothesis** is a **PHYSICAL** *explanation* whereas
**Mathematical Physics** is a **MATHEMATICAL** *description*.

### Light (side by side comparisons)

| **Mathematical Physics** | **The Rope Hypothesis** |
|---|---|
| Mathematical Physics and all dissidents propose that light consists of discrete particles that flow one-way from A to B. An alternative version has it that light consists of a pair of orthogonal transverse waves also traveling one way from the atom outwards. This is the catechism that is taught in every high school on the planet. All textbooks of physics have illustrated light as either waves or particles for the last 400 years. | The rope model of light and gravity proposes that all atoms in existence are interconnected via a *physical* elongated mediator. This physical mediator consists of a twined pair of threads: a DNA-like rope. Light consists of a torsion of the electromagnetic (EM) rope. Torsion explains the enormous speed of light and why the disturbance 'travels' bidirectionally. |



## Light
**Video showing dynamic versions (15 seconds)**
Side by side comparisons: Mathematical Physics v. The Rope Hypothesis
Watch: **https://www.youtube.com/watch?v=oTyMa9Xl8vY**

1

# Atomic architecture (side by side comparison)

## Mathematical Physics

## The Rope Hypothesis

Mathematical Physics and all dissidents postulate and widely use the planetary model of the atom to explain phenomena such as ionization, quantum jump, and electricity. The atom consists of a discrete bead known as an electron which is negative (a meaningless term in Physics). This bead can be found somewhere around the positive proton: a discrete bowling located in the center of the atom. An alternative version never used has it that the electron is a mathematical cloud or region (energy level, orbital) in which the electron bead may be found.

The rope model of light and gravity proposes that all atoms in existence are interconnected via a *physical* elongated mediator. This physical mediator consists of a twined pair of threads: a DNA-like rope. Light consists of a torsion of the electromagnetic (EM) rope. Torsion explains the enormous speed of light and why the disturbance 'travels' bidirectionally.





## Atomic Structure/Architecture/Construction

### Video (57 seconds)

Side by side comparisons: Mathematical Physics v. The Rope Hypothesis

Watch: https://www.youtube.com/watch?v=QBk0e6HrGCg

2

## Quantum Jump (side by side comparison)

**Mathematical Physics**

**The Rope Hypothesis**

**Mathematical Physics explains quantum jump as the back and forth movement of the electron bead between 'energy levels'. When the electron quantum jumps, the atom emits one-way photons (waves or particles of light).**

**Under the rope model, quantum jumping consists of expansion and contraction (pumping) of the electron membrane, balloon, or shell. When the electron expands and contracts, the atom torques the EM rope. Light consists of torsions of the EM rope.**

## Quantum Jump

**Video (26 seconds)**

Side by side comparisons: **Mathematical Physics** v. **The Rope Hypothesis**

Watch: **https://www.youtube.com/watch?v=tRB0iiqO9_I**

**Mathematical Physics**

**Quantum Jumping**

**The electron bead jumps**

**back and forth between**

**energy levels.**

**The Rope Hypothesis**

**Quantum Pumping**

**The electron shell**

**expands and contracts**



**Expansion and contraction of the electron *membrane* that encapsulates the proton *star*, made in turn from countless EM ropes converging on our atom from every atom in the Universe, torques the rope between any two atoms. It is this torsion that we call *light*.**



# Electricity (side by side comparison)

### Mathematical Physics

### The Rope Hypothesis

**Mathematical Physics explains electricity as the one-way flow of discrete electron beads from one atom to the next. The 'negative' electron corpuscles travel to the positive pole of the circuit. 'Holes' (absence of electrons) travel in the opposite direction.**

**The Rope Hypothesis proposes that the physical electron shells of different atoms merge to form a conductor. These long molecules spin *in situ* clockwise (CW) and counterclockwise (CCW). Electricity is torsion of interconnected merged shells all around a circuit. Mathematical positive and negative are actually physical CW and CCW spins.**

## Electricity (Current)

### Video (41 seconds)

**Side by side comparisons: Mathematical Physics v. The Rope Hypothesis**

**Watch: https://www.youtube.com/watch?v=iuL8ENNOipM**

**Mathematical Physics (electricity)**

**flow of electron beads from atom to atom**

**and from negative pole to positive pole**

**The Rope Hypothesis (electricity)**

***in situ* spinning of merged electron shells**

 

## Magnetism (side by side comparison)

### Mathematical Physics

### The Rope Hypothesis

Mathematical Physics has no physical interpretation for magnetism. It *describes* that discrete electron beads of one magnet spin in the same direction as those of the one it attracts. In the video below, Nobel Prize Richard Feynman confesses that Mathematical Physics has no explanation for the mechanism.

The Rope Hypothesis proposes that long molecules comprised of merged electron shells spin *in situ* to produce electricity. When they do, they swing around themselves the threads that comprise the electron membranes that encapsulate the atoms and the ropes that interconnect them. If the countless walls of two magnets spin in threads of the same direction (e.g., CW) the magnets attract. If the threads swing in opposite directions (e.g., CW vs. CCW), the magnets repel each other.

Watch Richard Feynman testimony:
https://www.youtube.com/watch?v=Pq9wDVFaJYo

(First two minutes)

Rope Hypothesis Magnetism
start video at 20:00 minutes for full explanation

Watch:   https://youtu.be/Pq9wDVFaJYo?t=1206

Reel Physics (cartoon – short version – 3 minutes)

https://www.youtube.com/watch?v=PLb6aDGYTTg

**?**

### Rope Hypothesis Magnetism

Attraction: When the threads swing in the same direction (e.g., CCW), the ones coming up on the right magnet latch on to the threads coming down in the second magnet. The threads on the bottom half of each magnet swing in exact opposite directions.

Repulsion: When we turn the first magnet around, the direction of the threads go from CCW to CW. Now the threads of each magnet clash and push the magnets away.



<div style="border:2px solid black">

**Gravity (comparison: Mathematical Physics vs. Rope Hypothesis)**

**Watch: https://www.youtube.com/watch?v=CvWeYJg9Oxs**

</div>

**Mathematical Physics gravity
warped space-time**

**The Sun weighs down the 'canvas'
(abstract mathematical concept) of space-time.
The Earth rolls or slides around this depression.**

**The Rope Hypothesis
Assumption: all atoms are physically
interconnected
gravitational acceleration: as an object
approaches another, the EM ropes that
interconnect them fan out.**





7

# EXHIBIT 10

# Exhibit 10   Specific Plagiarized Intellectual Property

**Defendants Anastasia Bendebury and Michael Shilo DeLay included plagiarized intellectual property taken without authorization from the rightful owner, Bill Gaede (the plaintiff), in the following articles posted by them in their professional Demystifying Science website.**

**The host and owner of the platform and server is Squarespace Inc. of New York.**

**https://demystifyingscience.com/blog/2020/3/12/exist-vs-occur**

**https://demystifyingscience.com/blog/photon**

**https://demystifyingscience.com/blog/2020/2/21/why-is-light-speed-limited**

**https://demystifyingscience.com/blog/how-to-visualize-electricity**

**https://demystifyingscience.com/blog/magnetism**

**https://demystifyingscience.com/blog/2020/2/25/what-causes-inertia**

**https://demystifyingscience.com/blog/2020/3/6/where-does-mass-come-from**

**Defendants Anastasia Bendebury and Michael Shilo DeLay included plagiarized intellectual property taken without authorization from the rightful owner, Bill Gaede (the plaintiff), in the following (now private) videos posted by them in their professional Demystifying Science Youtube channel.**

**The host and owner of the platform and server are Youtube and Google owned in turn by Alphabet Inc. in California.**

> **Shape of a Photon?**
>
> **https://www.youtube.com/watch?v=rSFaY1X6Fg4** **(DS made private)**
>
> **Electricity Begins with Atoms**
>
> **https://www.youtube.com/watch?v=pi-kEpbxOlc** **(DS made private)**
>
> **What's Inside a Magnetic Field?**
>
> **https://www.youtube.com/watch?v=AU1ejXvWF0g** **(DS made private)**

# EXHIBIT 11

**Exhibit 11   Summary of Plagiarized Material**

## The Foundations of Physics

1.  **No one in Physics in the last 10,000 years established the *Golden Principle of Physics*:**

    *"Physics requires an object; you cannot provide physical interpretations without an object."*

    **Mainstream physicists and dissidents still explain phenomena introducing abstract mathematical concepts such as *energy, field*, and *wave* as physical objects and then moving these reified concepts around.**

2.  **Therefore, the first word required to be defined in Physics is *object*.**

    **Mainstream physicists and dissidents alike casually introduce the notion of ordinary speech into their theories:      *object: that which you can see or touch***

    **This is an irrational definition, *inter alia*, because: 1. see/touch require a second object and because 2. we can't see or touch the table located at the other side of the Earth.**

    **Under the definition proposed by *The Rope Hypothesis* (TRH) the criterion is the only property shared by all objects:      *object: that which has shape***

3.  **No one ever defined Physics as 'The Science of Existence'. And yet, Physics only attempts to elucidate what exists.**

4.  **Therefore, no one ever defined the strategic word *exist*.**

    *exist: physical presence (object + location)*

    **An object exists if there is distance between it and all others. In Physics, an object exists pursuant to this definition and does not involve opinion or belief.**

5.  **Bendebury and DeLay copied these definitions right out of *Why God Doesn't Exist* (WGDE) and *The Rope Hypothesis* together with other strategic terms that form the Foundations of Physics: *distance, location, motion, concept*.**

# Mechanisms and Causes

## Gravity

1. **No researcher or theorist in Physics ever proposed that all atoms are PHYSICALLY interconnected. This is the seminal proposal of WGDE and TRH. The establishment still simulates EVERY phenomenon with either discrete particles or transverse waves.**



2. **This key ingredient (physical interconnectivity) allows us to visualize what Mathematical Physics can't explain: action at a distance (specifically, the force of PULL). How do you pull with rocks? How does the Sun prevent the Earth from flying away by throwing discrete stones at it (i.e., gravity)? Why does a pen fall to the floor if not that all its atoms are physically connected to every atom on Earth?**

3. **Berkeley Physics Professor Richard Muller emphasizes the two issues a physical interpretation of gravity needs to address.**

**Berkeley Physics Professor Richard Muller**

**synthesizes the Action-At-A-Distance (AAAD) dilemma**



"So, for example, if you have the Earth – there's a big mass here – and you have *you* with your little mass here, every atom on the Earth is pulling on every atom of you. You're also pulling on it! The amazing thing about gravity is that it goes right through things."

Richard Muller
UC Berkeley

**Muller @ Berkeley:  https://youtu.be/BKH6CBmHFuQ?t=1529  (@ 25:30)**

**Only if every atom is physically bound to all others can we explain why 'gravity goes through things' and why every atom on Earth is pulling on you 'from a distance'.**

4. **Bendebury and DeLay realized the importance of this seminal discovery to provide alternative physical interpretations to mainstream physics (which is what they studied at Columbia University) and incorporated it in 'their' physical interpretations of light and gravity. They interconnect their atoms with a pair of twined threads: a DNA-like rope (as proposed by TRH) that mediates light. Pursuant to their own testimony in the Business Insider article they published:**

> "…rendering visualizations of light, gravity, and electromagnetism… people loved our scientific explanations — 17,000 people came to read about them in the first month and we received hundreds of likes and shares on social media… in the first two weeks, we're on track to cover our rent…

> Editorial comment: *They're* [Bendebury and DeLay] *the creators of Demystifying Science, a science literacy organization devoted to providing clear, mechanistic explanations for natural phenomena.*"

# Light

**Bill Gaede**
**1998 Why God Doesn't Exist (WGDE)**
**Jan 2020 The Rope Hypothesis (TRH)**

**The object: a rope-like, DNA-like entity**
**Mechanism: the EM rope torques *in situ***
**Light: bidirectional torsions along the rope**



**Bendebury & DeLay**

**May 2020 Demystifying Science**

**The object: a rope-like helical entity**

**Mechanism: bidirectional torsions of this interconnecting medium**



## The atom and Quantum Jump

5.  In 1911, Niels Bohr proposed that atoms do what today is known as **Quantum Jump**: the electron bead jumps back and forth between energy levels that encapsulate the proton bowling ball. This is what Bendebury/DeLay learned @ Columbia U.



6.  Under TRH there is no bead and there is no bowling ball. The electron is a balloon:   a physical membrane that encapsulates the proton STAR. The electron membrane and the urchin-like proton are made of the same threads that constitute the electromagnetic (EM) rope. **Quantum jumping** works as follows: The electron balloon expands and contracts. By doing so it torques the EM rope. Torsion propagates bidirectionally to the atoms at opposite ends.

Comparing

**Gaede Quantum 'pumping'**

vs.

**Bendebury/DeLay Quantum 'breathing'**

**https://www.youtube.com/watch?v=niBpTAdJ2E4**

# Comparing Atomic Structure



# Electricity

7.      Under Mathematical Physics (which is what Bendebury/DeLay learned at
Columbia University), **electricity** consists of a flow of electron beads from one
end of the wire (negative pole) to the other (positive pole).



8.      TRH proposes that a live wire consists of long strings of consisting of many
atoms. The electron shells/membranes of these atoms merge/blend with each
other. **Electricity (current)** consists of clockwise (CW) and counter-clockwise
(CCW) rotating strings of merged electron shells. There is no flowing of electron
beads. The merged electron shells spin *in situ*. Bendebury & DeLay copied this
model verbatim. If not, they need to explain to the judge what novel features
they introduced into this model.

**Comparing electricity: Bendebury/DeLay vs. Gaede**

**Circuit (rotating merged electron shells):** https://www.youtube.com/watch?v=P6wqVY0dQAc

**Merged shells:** https://www.youtube.com/watch?v=PSRC28dQtrQ

**Electricity:** https://www.youtube.com/watch?v=_RQn-r0jLLE



**The Rope Hypothesis**

**Electricity**

**Merged electron shells that rotate clockwise/counterclockwise *in situ*.**



Long strings of merged electron shells spin CW/CCW *in situ*

iron atom

**Demystifying Science**

**Electricity**

**Merged electron shells that rotate CW/CCW wise *in situ*.**

**DS used hydrogen atoms as a model. This was plagiarized from WGDE.**



Rope Hypothesis

Gas

cathode    anode

merged hydrogen e-shells    Pump



Each atom's electron shell is enmeshed, folded together with its neighbor.

The (-) terminal atoms rotate counter-clockwise. This rotation illustrates "charge."

# Magnetism

9. **Mathematical Physics has no explanation for how a magnet attracts another from a distance. Watch Nobel Prize Richard Feynman (first 2 minutes) confess to this effect.**

   **https://www.youtube.com/watch?v=Pq9wDVFaJYo**

10. **TRH illustrates magnetic attraction and repulsion with flying colors so that anyone can understand these mechanisms. When the electron shells rotate *in situ*, they swing around themselves the threads that make up the electron shells and the EM ropes that comprise the EM ropes that interconnect them. Two parallel live wires are exactly like two magnets: they attract if current travels in the same direction and repel if current travels through them in opposite directions (discovered by Ampere in 1820).**

    **What happens is that if current flows in the same direction on the two wires, the gazillions of electron shells spin in the same direction and they swing the countless threads in the same direction. While the threads of one wire come down, those of the other come up. They interact like two gears turning in the same direction and the wires attract each other. If we turn one of the wires around, now the threads clash against each other: repulsion.**

    **Bendebury and DeLay realized the importance of this discovery, gave credit to WGDE and Gaede in their 2018/19 papers (https://issuu.com/artofrationalscience), but somehow forgot to mention these references when they went pro.**

    **Comapring magnetism: Bendebury/DeLay vs. Gaede**

    **Attraction:  https://www.youtube.com/watch?v=wRC5OFleG2M**

    **Repulsion:  https://www.youtube.com/watch?v=vqum76cjAKI**

# The Rope Hypothesis Magnetism





**Attraction**

**TRH Attraction (current in the same direction)**
**As threads on the left come down at 2, they interact**
**with the threads on wire 2 coming up. Friction**
**between countless threads pulls the wires together.**

**Pattern left by iron filings**
**sprinkled over two wires**
**carrying current in the**
**same direction.**





## Repulsion

**TRH Repulsion (current in opposite directions) Threads swinging around the wires travel in opposite directions and clash against each other. As a result the wires push each other away.**

**Pattern left by iron filings sprinkled over two wires carrying current in opposite directions.**





## Demystifying Science Magnetism



We imagine the physical extensions of the atomic surface are responsible for the action-at-a-distance. Lateral magnetic motion of conductive rotating e-shells thus synergizes between current-aligned wires, pulling them together as shown in Figure 2 below (panels A and B). This illustrates the basic principle of magnetic attraction. By inverting one of the wires, we find that currents are now opposed, as are the magnetic actions of each column's atoms (Fig 2C). The clash of opposing effort between e-shells in each column drives the wires apart and illustrates magnetic repulsion.